UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CIVIL ACTION NO. 10-354-JBC

MANUEL E. ESPINOSA
d/b/a Welsh Capital Thoroughbreds,                                    PLAINTIFF,

V.                    MEMORANDUM OPINION AND ORDER

LOUISVILLE METRO GOVERNMENT, ET AL.,                    DEFENDANTS.

\* \* \* \* \* \* \* \* \* \*

This matter is before the court upon plaintiff Manuel Espinosa's motion for removal. However, only defendants may remove actions to district court. 28 U.S.C. § 1441. As Espinosa is the plaintiff in the state court case, he cannot remove it.

**IT IS ORDERED** that the plaintiff's motion for removal (R. 3) is **DENIED**.

Signed on February 28, 2011

JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY